707 A.2d 142

IN THE MATTER OF JAMES P. BRENNAN,
AN ATTORNEY AT LAW.

March 25, 1998.

## ORDER

The Disciplinary Review Board on February 26, 1998, having filed with the Court its decision concluding that **JAMES P. BRENNAN** of **UNION CITY**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for six months for violating *RPC* 7.1(a)(2) (false or misleading communications), and good cause appearing;

It is ORDERED that **JAMES P. BRENNAN** is hereby suspended from the practice of law for a period of six months, effective April 20, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.